**Order entered July 5, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00517-CR

### EX PARTE ANTHONY TRAVIS BACKUS

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81989-2014**

## ORDER

The Court **GRANTS** the State's July 1, 2016 first motion for extension of time to file the

State's brief to the extent we **EXTEND** the time to file the State's brief until **July 21, 2016**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE